## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

STANLEY BOCLAIR, #A60451,      )
                              )
        **Plaintiff,**        )
                              )
    vs.                    )     **Case No. 24-cv-01924-SMY**
                              )
LT. HICKS, OFFICER ARMBRUSTER,    )
SHEILA RAMSEY, JOHN/JANE DOES,    )
ANTHONY WILLS, AND JOHN DOE,    )
                              )
        **Defendants.**      )

## MEMORANDUM AND ORDER

**YANDLE, Chief District Judge:**

This matter is before the Court for case management. Plaintiff was ordered to pay the remainder of his filing fee (**$371.28**) to avoid dismissal of this case, *see* Doc. 26. His payment deadline was April 24, 2026. Plaintiff was warned that failure to pay the fee by this deadline would result in dismissal of this action. *Id*. The deadline has passed, and he has not paid the fee.

Accordingly, the action is **DISMISSED** with prejudice for failure to comply with an Order of the Court. FED. R. CIV. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998) (dismissal for failure to prosecute is presumptively with prejudice). This dismissal shall **NOT** count as a "strike" under 28 U.S.C. § 1915(g).

If Plaintiff wishes to appeal this dismissal, his notice of appeal must be filed with this Court within thirty days of the entry of judgment. FED. R. APP. P. 4(a)(1)(A). A proper and timely motion filed pursuant to Federal Rule of Civil Procedure 59(e) may toll the 30-day appeal deadline. FED. R. APP. P. 4(a)(4). A Rule 59(e) motion must be filed no more than twenty-eight (28) days after the entry of the judgment, and this 28-day deadline cannot be extended. A motion for leave

1

to appeal *in forma pauperis* must set forth the issues Plaintiff plans to present on appeal.  *See* FED. R. APP. P. 24(a)(1)(C).  If Plaintiff does choose to appeal, he will be liable for the $605.00 appellate filing fee irrespective of the outcome of the appeal.  *See* FED. R. APP. P. 3(e); 28 U.S.C. § 1915(e)(2); *Ammons v. Gerlinger*, 547 F.3d 724, 725-26 (7th Cir. 2008); *Sloan v. Lesza*, 181 F.3d 857, 858-59 (7th Cir. 1999); *Lucien*, 133 F.3d at 467.

The Clerk's Office is **DIRECTED** to close this case and enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED:  May 4, 2026**

*s/ Staci M. Yandle*
**STACI M. YANDLE**
**Chief U.S. District Judge**

2